UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.    05-19625-BKC-RAM
ROBERTO LUIS RIVERA
BARBARA RIVERA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $       8.03   remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case.  Your trustee
      has  made  a  good  faith effort to verify the correct  mailing
      address  for said debtor(s)/Creditor(s) and deliver  the  funds
      before  presenting this notice.  More than sufficient time  has
      passed for these checks to be presented for  payment,  or   the
      creditor  has returned funds  indicating they refuse the funds.

(  )  The trustee has a balance of $       .00      remaining in her bank
      account  which  represents small dividends as defined  by  FRBP
      3010.

      Attached and made a part of this notice is a list,  pursuant
to FRBP 3011,  of   the   names,   Claim   numbers   and   addresses
of the debtor(s)/creditor(s) and the amounts    to   which   they   are
entitled.

      WHEREFORE,   your trustee hereby gives notice that   the above
stated  sum  has   been  deposited  with  the  Clerk  of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.

Date: _____ **APR 2 9** 2011 _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ROBERTO LUIS RIVERA
BARBARA RIVERA
160 E 44 ST
HIALEAH, FL 33013

MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 23051
COLUMBUS, GA 31902-3051

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-19625-BKC-RAM
ROBERTO LUIS RIVERA
BARBARA RIVERA

                                          CHAPTER 13


ROBERTO LUIS RIVERA
BARBARA RIVERA
160 E 44 ST
HIALEAH, FL 33013


MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

JEFFERSON CAPITAL SYSTEMS, LLC---------$           8.03
PO BOX 23051
COLUMBUS, GA 31902-3051

                                  UNDELIVERABLE/STALE
                                  CLAIM REGISTER# 6-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130